## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAVNEET NAVNEET,                          :    CIVIL ACTION
    *Petitioner*                         :
                                 :
    v.                                   :
                                 :
**JOHN RIFE, in his official capacity as ICE**    :
**Field Office Director,** *et al.*,         :
    *Respondent*s.                        :    NO. 26-2624

## ORDER

**NOW**, this **20th** day of **May 2026**, after review of the docket, upon consideration of the

Parties' Joint Status Letter (ECF No. 7), and there being nothing further before this Court, it is

hereby **ORDERED** that the Clerk of Court shall **CLOSE** the above-captioned matter. Any

restrictions previously imposed on Petitioner's location by this Court are now lifted.


                              **BY THE COURT:**

                              **/s/ Chad F. Kenney**

                              **CHAD F. KENNEY, JUDGE**